IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **BRIDGE CAPITAL INVESTORS II,** | : | |
| Plaintiff, | : | |
| vs. | : | 3:02-CV-80 (CAR) |
| **PRESTON W. SMALL,** | : | |
| Defendant. | : | |

### *ORDER DIRECTING CLERK TO ENTER FINAL JUDGMENT*

This action came before the Court for consideration of Plaintiff Bridge Capital Investors' motion for summary judgment on Defendant Preston W. Small's counterclaim. [Doc. 91]. The Court granted said motion and dismissed Defendant Small's counterclaim. [Doc. 101]. Defendant Small subsequently wrote a letter to the Court requesting that the Court enter judgment on this issue pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. The Court construes this letter as a motion for entry of judgment. Having determined that there is no just reason for delay, the Court now **DIRECTS** the clerk of court to enter a judgment in favor of Bridge Capital Investors on Preston Small's counterclaim pursuant to Rule 54(b).

**SO ORDERED** this 4th day of November, 2005.

S/ C. Ashley Royal

C. ASHLEY ROYAL
United States District Judge

AEG/ssh